Daniel T. Schmaeling, SBN: 143691
LAW OFFICES OF JOHN A. BIARD
11070 White Rock Road, Suite 200
Rancho Cordova, CA  95670
Telephone:      (916) 638-6610
Facsimile:       (855) 631-5920
dschmael@travelers.com

Attorneys for Plaintiff
PIONEER DISTRIBUTORS, INC. dba J.B. MARKETING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS DISTRIBUTORS, INC. dba J.B. MARKETING,<br><br>           Plaintiffs,<br>     v.<br><br>AEG TRUCKING; B&G EXPRESS; and DOES 1 to 10, inclusive,<br><br>           Defendants. | Case No.:  CV12-01307 JFW (EX)<br><br>**JUDGMENT AFTER DEFAULT** |

Defendant, B&G EXPRESS, having failed to appear, plead or otherwise defend in this action, and default having been entered on  April 25, 2012, and counsel for Plaintiff PIONEER DISTRIBUTORS, INC. dba J.B. MARKETING having requested judgment against the defaulted Defendant and having filed a proper Request for Default Judgment in accordance with Federal Rule of Civil Procedure 55;

IT IS HEREBY ORDERED:

Judgment is entered in favor of plaintiff PIONEER DISTRIBUTORS, INC. dba J.B. MARKETING and against defendant B&G EXPRESS in the amount of $1,019,520.00, with 10% interest annually from March 6, 2012 until paid, together with costs to be taxed by the clerk of this court.

Dated:  May 8, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

---

1
JUDGMENT AFTER DEFAULT